ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOUAVONE KEOMOUNEPANE, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 07-00268 OWW <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for June 8, 2009, be continued to June 29, 2009 at 9:00 a.m.

This continuance is necessitated by defense counsel's press of ongoing business, particularly the extensive time commitment needed to review discovery and prepare motions in limine in *U.S. v. Bisla*, Case No. 08-00212 OWW.

Informal objections are due to the probation officer by June 8, 2009 and formal objections must be filed with the court no later than June 22, 2009.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 15, 2009          /s/ Laurel Montoya _____ __
                             LAUREL MONTOYA
                             Assistant United States Attorney
                             **This was agreed to by Ms. Montoya via email on May 14, 2009**

1

1
2
3  DATED:  May 15, 2009            /s/ Roger K. Litman
4                                  ROGER K. LITMAN
                                   Attorney for Defendant
                                   BOUAVONE KEOMOUNEPANE
5
6  IT IS SO ORDERED.
7  **Dated:   May 18, 2009**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28