ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOUAVONE KEOMOUNEPANE, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 1:07-cr-00268-OWW <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for June 29, 2009, be continued to August 10, 2009 at 9:00 a.m.

This continuance is necessitated by defense counsel's commitment to his client in *U.S. v. Bisla*, Case No. 08-00212 OWW. Due to the extensive expenditure of time on the *Bisla* case, defense counsel needs additional time to prepare formal objections and a sentencing memorandum.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: June 15, 2009         /s/ Laurel Montoya____      __
                             LAUREL MONTOYA
                             Assistant United States Attorney
                             **This was agreed to by Ms. Montoya via email on June 15, 2009**

1

DATED:  June 15, 2009          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               BOUAVONE KEOMOUNEPANE

IT IS SO ORDERED.

**Dated:   June 16, 2009**              **/s/ Oliver W. Wanger**
                               UNITED STATES DISTRICT JUDGE

2