ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:07-cr-00268-OWW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| BOUAVONE KEOMOUNEPANE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for August 10, 2009, be continued to August 31, 2009 at 9:00 a.m.

This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  August 6, 2009          /s/ Laurel Montoya ___      __
                                LAUREL MONTOYA
                                Assistant United States Attorney
                                **This was agreed to by Ms. Montoya
                                via telephone on August 6, 2009**

DATED:  August 6, 2009          /s/ Roger K. Litman _____
                                ROGER K. LITMAN
                                Attorney for Defendant
                                BOUAVONE KEOMOUNEPANE

1

SO ORDERED:

IT IS SO ORDERED.

**Dated:     August 7, 2009              /s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

2