```
ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000
```

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOUAVONE KEOMOUNEPANE,<br><br>    Defendant. | CASE NO. 1:07-cr-00268-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for August 10, 2009, be continued to August 31, 2009 at 9:00 a.m.

    This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: August 6, 2009          /s/ Laurel Montoya
                                             LAUREL MONTOYA
                                             Assistant United States Attorney
                                             **This was agreed to by Ms. Montoya via telephone on August 6, 2009**

DATED: August 6, 2009          /s/ Roger K. Litman
                                             ROGER K. LITMAN
                                             Attorney for Defendant
                                             BOUAVONE KEOMOUNEPANE

SO ORDERED:

IT IS SO ORDERED.

**Dated:   August 7, 2009**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE