ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )        CASE NO.  1:07-cr-00268-OWW
                                 )
        Plaintiff,               )
                                 )        **STIPULATION AND**
    v.                           )        **TO CONTINUE SENTENCING**
BOUAVONE KEOMOUNEPANE,           )
                                 )
        Defendant.               )
_____)

        The parties hereto, by and through their respective attorneys, stipulate and

agree that the sentencing currently calendared for August 31, 2009, be continued

to September 21, 2009 at 9:00 a.m.

        This continuance is agreed to as the parties require additional time to

complete the U.S.S.G. § 5C1.2(a)(5) process.

        The parties also agree that any delay resulting from this continuance shall

be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  August 27, 2009            /s/ Laurel Montoya ____ ___
                                   LAUREL MONTOYA
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Montoya**
                                   **via telephone on August 26, 2009**


DATED:  August 27, 2009            /s/ Roger K. Litman  __ _____
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   BOUAVONE KEOMOUNEPANE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED.

**Dated:     August 27, 2009**                         /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

2