ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-cr-00268-OWW |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| BOUAVONE KEOMOUNEPANE, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for September 21, 2009, be continued to October 26, 2009 at 9:00 a.m.

This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.  The parties have been unable to complete Ms. Keomounepane's safety valve interview due to the need to secure an interpreter.  Defense counsel is leaving the country on a prepaid trip on September 26, 2009, returning to the United States on October 14, 2009.

The parties anticipate that arrangements will be made for the safety valve interview, the last step remaining for sentencing to occur, prior to the requested future sentencing date.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 16, 2009 | /s/ Laurel Montoya<br>LAUREL MONTOYA<br>Assistant United States Attorney |
| 3 | | **This was agreed to by Ms. Montoya via email on September 16, 2009** |

DATED: September 16, 2009    /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
BOUAVONE KEOMOUNEPANE

SO ORDERED:

DATED: September 17, 2009    /s/ OLIVER W. WANGER
OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE