ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-cr-00268-OWW |
|    Plaintiff, ) | |
| ) | **STIPULATION AND** |
|    v. ) | **ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| BOUAVONE KEOMOUNEPANE, ) | |
|    Defendant. ) | |
| _____ ) | |

     The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for October 26, 2009, be continued to December 7, 2009 at 9:00 a.m.

     This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.  The parties have been unable to complete Ms. Keomounepane's safety valve interview due to the need to secure an interpreter.  Defense counsel was unavailable between September 26, 2009 and October 12, 2009, due to a long planned trip out of the country.  Defense counsel was ill between October 13, 2009 and October 19, 2009 and was thus unable to participate in a safety valve interview.

     The parties anticipate that arrangements will be made for the safety valve interview, the last step remaining for sentencing to occur, prior to the requested future sentencing date.

     The parties also agree that any delay resulting from this continuance shall

be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  October 22, 2009                 /s/ Laurel Montoya
                                         LAUREL MONTOYA
                                         Assistant United States Attorney
                                         **This was agreed to by Ms. Montoya via email on October 21, 2009**

DATED:  October 22, 2009                 /s/ Roger K. Litman
                                         ROGER K. LITMAN
                                         Attorney for Defendant
                                         BOUAVONE KEOMOUNEPANE

IT IS SO ORDERED.

**Dated:   October 22, 2009**                    **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE