UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:07-CR-00268 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER EXONERATING BOND |
| **BOUAVONE KEOMOUNEPANE** | ) | AND FOR RETURN OF NOTES |
| | ) | AND DEEDS OF TRUST |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

**Deed # 2007-6405**
IT IS SO ORDERED.

Dated:   December 18, 2009              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE