ROGER K. LITMAN, Bar No. 57634
Law Offices of Roger K. Litman
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.237-6000
Facsimile: 559.233.6044

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BOUAVONE KEOMOUNEPANE, <br><br> Defendant. | CASE NUMBER: 1:07–CR-00268-OWW <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING <br><br> Date: Tuesday, January 19, 2010 <br> Time: 9:00 a.m. <br> Courtroom: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective attorneys, that the time set for the Sentencing hearing set for Tuesday, January 19, 2010 at 9:00 a.m. be moved to Monday, February 22, 2010 at 9:00 a.m. as defendants safety valve interview has yet to be conducted.

                    Respectfully submitted,

DATED: January 14, 2010        /s/ Roger K. Litman
                      ROGER LITMAN
                      Attorney for Defendant,
                      BOUAVONE KEOMOUNEPANE

/ / /

/ / /

/ / /

/ / /

```
DATED: January 14, 2010              /s/   Laural J. Montoya
                                     LAURAL J. MONTOYA
                                     Assistant United States Attorney
```

IT IS SO ORDERED.

**Dated:     January 14, 2010              /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

U.S. v. bouavone keomounepane
STIPULATION AND ORDER TO CONTINUE SENTENCING
CASE NUMBER: 1:07–CR-0268-OWW                                                                                 2