ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOUAVONE KEOMOUNEPANE,<br><br>    Defendant. | CASE NO.  1:07-cr-00268-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for February 22, 2010, be continued to March 22,2010 at 9:00 a.m.

This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.  The parties have been unable to complete Ms. Keomounepane's safety valve interview.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  February 18, 2010         /s/ Laurel Montoya _____ __
                                  LAUREL MONTOYA
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Montoya via email on February 17, 2010**

1

| | |
|---|---|
| DATED:  February 18, 2010 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>BOUAVONE KEOMOUNEPANE |

IT IS SO ORDERED.

**Dated:     February 18, 2010**                            **/s/ Oliver W. Wanger**
                                                                             UNITED STATES DISTRICT JUDGE