ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOUAVONE KEOMOUNEPANE, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  1:07-cr-00268-OWW <br><br> **ORDER RE: STIPULATION <br> TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for April 19, 2010, be continued to May 10, 2010 at 9:00 a.m.

This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.  The parties have been unable to complete Ms. Keomounepane's safety valve interview.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  April 15, 2010         /s/ Laurel Montoya _____ __
                               LAUREL MONTOYA
                               Assistant United States Attorney
                               **This was agreed to by Ms. Montoya
                               via email on April 14, 2010**

1

DATED:  April 15, 2010                    /s/ Roger K. Litman
                                          ROGER K. LITMAN
                                          Attorney for Defendant
                                          BOUAVONE KEOMOUNEPANE

IT IS SO ORDERED.

**Dated:   April 16, 2010**                         **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2