ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-cr-00268-OWW |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| BOUAVONE KEOMOUNEPANE, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for August 23, 2010, be continued to September 13, 2010 at 9:00 a.m.

This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process. The parties have been unable to complete Ms. Keomounepane's safety valve interview.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: August 17, 2010         /s/ Laurel Montoya    __        __
                               LAUREL MONTOYA
                               Assistant United States Attorney
                               **This was agreed to by Ms. Montoya
                               via email on August 17, 2010**

1

| | | |
|---|---|---|
| 1 | DATED:  August 17, 2010 | /s/ Roger K. Litman |
| 2 | | ROGER K. LITMAN |
| | | Attorney for Defendant |
| 3 | | BOUAVONE KEOMOUNEPANE |
| 4 | SO ORDERED: | |
| 6 | DATED: August 17, 2010 | /s/ OLIVER W. WANGER |
| 7 | | UNITED STATES DISTRICT JUDGE |