ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:07-cr-00268-OWW |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING** |
| BOUAVONE KEOMOUNEPANE, ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for December 13, 2010, be continued to January 24, 2011 at 9:00 a.m.

This continuance is agreed to as the parties require additional time to complete the U.S.S.G. § 5C1.2(a)(5) process.  The parties have been unable to complete Ms. Keomounepane's safety valve interview.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  December 8, 2010          /s/ Laurel Montoya _____ __
                                  LAUREL MONTOYA
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Montoya via email on December 8, 2010**

1

1 | DATED: December 8, 2010         /s/ Roger K. Litman
                                    ROGER K. LITMAN
2                                   Attorney for Defendant
                                    BOUAVONE KEOMOUNEPANE
3

4

5
                          IT IS SO ORDERED.
6

7 | **Dated:   December 8, 2010**           **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE
8