ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, BOUAVONE KEOMOUNEPANE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>BOUAVONE KEOMOUNEPANE,  )<br>  )<br>     Defendant.  )<br>_____) | CASE NO. 1:07-cr-00268-OWW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO REPORT TO CUSTODY** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the date for defendant Bouavone Keomounepane to surrender to authorities, as ordered by the court at Ms. Keomounepane's sentencing on February 28, 2011, be extended from April 14, 2011 to June 15, 2011.

The parties are entering this stipulation in order to permit Ms. Keomounepane to attend the high school graduation of her daughter, her youngest child. The child's father, Chansamouth Phiachantharath, is in custody serving the sentence imposed in the instant action.

At the time of Ms. Keomounepane's sentencing, she was not aware of the date of her daughter's graduation from Roosevelt High School. This stipulation will afford Ms. Keomounepane's daughter the presence of one of her parents at her high school graduation.

In entering into this stipulation, the parties have confirmed, and would ask

1

the court to consider, Ms. Keomounepane's compliance with all of the terms and conditions of her pretrial release as well as her attendance at all court hearings.

Ms. Keomunepane acknowledges the admonition of the court that her failure to appear at the continued date, if such is approved by the court, would constitute a new criminal offense.

All previous orders of the court will remain in full force and effect as previously ordered.

DATED:  March 30, 2011          /s/ Laurel Montoya
                                LAUREL MONTOYA
                                Assistant United States Attorney
                                **This was agreed to by Ms. Montoya via email on March 29, 2011**

DATED:  March 30, 2011          /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                BOUAVONE KEOMOUNEPANE

## ORDER

The court having considered the stipulation of the parties, and GOOD CAUSE APPEARING, the court orders that the date of surrender of defendant Bouavone Keomounepane is extended from April 14, 2011 to June 15, 2011.  Ms. Keomounepane is to surrender at an institution designated by the Bureau of Prisons or, if no such designation has occurred, to the United States Marshal's Office, Fresno, California, no later than 2:00 p.m. on June 15, 2011.

All previous orders of the court, not modified by this order, remain in full force and effect.

///

1  IT IS SO ORDERED.

2  **Dated:    March 30, 2011**                              **/s/ Oliver W. Wanger**
3                                                            UNITED STATES DISTRICT JUDGE